# CLERK'S MINUTES REGARDING
# RULE 16 SETTLEMENT CONFERENCE

**NAME OF CASE**: *Smith v. Rider, et al.*
**CASE NO**.: 14cv1139 CG/GBW

A Rule 16 Settlement Conference was held before Magistrate Judge Steven C. Yarbrough beginning at 9:00 a.m. on October 5, 2015.

**APPEARANCES:**

**For Plaintiff:**
Philip B. Davis
Nicholas T. Davis
Michael Newell
Kelly Ramsdale
**With Client:**
Patrick Smith Jr.

**For Defendant Christopher A. Rider:**
Linda Hemphill, Ada Priest
**With Client:**
Christopher A. Rider

**For Defendant Lea County:**
Amy Glasser
**With Client:**
Earl Spencer, Steve Ackerman

**For Travelers:**
Kim Stewart

**RESULTS OF SETTLEMENT CONFERENCE**:

Settlement negotiations are ongoing.

**TIME SPENT IN SETTLEMENT CONFERENCE:**   7.5 hours